## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **Bala Delay Line, Inc.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **Civil Action No. 4:11-cv-46** |
| **v.** | § | |
| | § | |
| **Xilinx, Inc.** | § | |
| **and** | § | |
| **Bonser-Philhower Sales, Inc.** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

On consideration of, and pursuant to, the Stipulation for Dismissal filed by

Plaintiff, Bala Delay Line, Inc., and Defendant, Xilinx, Inc., the court,

ORDERS that this cause be and is hereby dismissed, without prejudice.  Each

party shall bear its own costs.

IT IS SO ORDERED.

**SIGNED this the 18th day of March, 2011.**

*Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE